UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------   X

UNITED STATES OF AMERICA,                          :

                                                                     :

          -against-                                              :          26-CR-0091

                                                                     :

                                                                     :          <u>ORDER</u>

DUSHON FOSTER,                                          :

                                                                     :

                              Defendant.              :

------------------------------------------------------------   X

VALERIE CAPRONI, United States District Judge:

WHEREAS the parties appeared for a status conference on May 27, 2026.

IT IS HEREBY ORDERED that the parties must file any pretrial motions, and disclose any expert witnesses, not later than **June 12, 2026**.  Responses to the pretrial motions are due **July 2, 2026**, and replies are due **July 10, 2026**.

IT IS FURTHER ORDERED that the parties must file requests to charge, proposed *voir dire* questions, and motions *in limine* not later than **July 10, 2026**.  Responses to the motions *in limine* are due **July 24, 2026**.  Replies are not permitted.

IT IS FURTHER ORDERED that the parties must appear for a final pretrial conference on **Thursday, July 30, 2026, at 2:30 P.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

IT IS FURTHER ORDERED that trial will begin on **Monday, August 3, 2026, at 10:00 A.M.** in Courtroom 20C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York, 10007.

**SO ORDERED.**

**Date:  May 27, 2026**
**          New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**