USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| -against- | : | 26-CR-0091 |
| DUSHON FOSTER, | : | POST-HEARING ORDER |
| Defendant. | : | |

VALERIE CAPRONI, United States District Judge:

WHEREAS on Tuesday, July 14, 2026, the parties appeared for a hearing on Defendant's suppression motion, *see* Dkt. 19;

IT IS HEREBY ORDERED that Defendant's suppression motion is taken under advisement. The Government's post-hearing submissions, if any, must be filed not later than **Tuesday, July 21, 2026**. Defendant's post-hearing submissions, if any, must be filed not later than **Friday, July 24, 2026**.

IT IS FURTHER ORDERED that the parties' deadline to file motions *in limine*, proposed *voir dire* questions, and requests to charge is ADJOURNED *sine die.*

IT IS FURTHER ORDERED that the final pretrial conference scheduled for Thursday, July 30, 2026, is ADJOURNED *sine die*.

IT IS FURTHER ORDERED that the trial scheduled to begin on Monday, August 3, 2026, is ADJOURNED *sine die.*

**SO ORDERED.**

**Date: July 14, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**