USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X
UNITED STATES OF AMERICA, :
:
-against- : 26-CR-0091
:
DUSHON FOSTER, : SCHEDULING ORDER
:
Defendant. :
---------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on Tuesday, August 18, 2026, Defendant plead guilty to one count of possession of a firearm after a felony conviction, in violation of 18 U.S.C. § 922(g)(1);

IT IS HEREBY ORDERED that Defendant appear for sentencing on **Wednesday, December 9, 2026, at 2:30 P.M.**, in Courtroom **20C** of the Daniel Patrick Moynihan United States Courthouse, located at 500 Pearl Street, New York, New York 10007. The parties' pre-sentencing submissions are due not later than **Wednesday, November 25, 2026**.

**SO ORDERED.**

**Date: August 19, 2026**
**New York, NY**

Valerie Caproni

**VALERIE CAPRONI**
**United States District Judge**